**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

CHET METCALF,

Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

Defendant.

Case No. 3:25-CV-00557-MMD-CLB

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

[ECF No. 28]

Pending before the Court is Defendant Costco Wholesale Corporation's ("Costco") motion for leave to file a third-party complaint against Rose Paving, LLC. (ECF No. 28.) Costco asserts they and Rose Paving are parties to a contract that requires Rose Paving to defend, indemnify, and hold harmless Costco for damages arising from their services as a contractor to Costco. (*Id.* at 1.) However, Rose Paving has yet to respond to Costco's request for defense and indemnification, prompting them to file the instant motion. (*Id.* at 2.) Plaintiff Chet Metcalf filed a notice of non-opposition stating he "is fine with adding a third party." (ECF No. 30.) Good cause appearing, Costco's motion for leave, (ECF No. 28), is **GRANTED**. Costco shall have up to and including **Thursday, August 6, 2026**, to file their third-party complaint against Rose Paving, LLC.

**IT IS SO ORDERED**.

**DATED**: July 30, 2026

**UNITED STATES MAGISTRATE JUDGE**