**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHET METCALF,

Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION, JOHN DOES I-XX, inclusive; ABC CORPORATIONS I-X, inclusive; and BLACK AND WHITE COMPANIES I-X, inclusive,

Defendants.
_______________________________________/

COSTCO WHOLESALE CORPORATION, A Washington corporation,

Third-Party Plaintiff,

vs.

ROSE PAVING, LLC, a Delaware corporation; DOES 1-10, inclusive; ABC CORPORATIONS 1-10, inclusive,

Third-Party Defendant.
_______________________________________/

Case No.: 3:25-cv-00557-MMD-CLB

**ORDER GRANTING**

**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiff CHET METCALF, by and through its attorneys of record, JOHN C. BOYDEN, of the law firm of FRIEDMAN & THROOP, PLLC, along with Defendant, COSTCO WHOLESALE CORPORATION, by and through its attorneys of record, MICHAEL E. SULLIVAN, ESQ., of SBW LAW GROUP, and Third-Party Defendant ROSE PAVING, LLC, by and through its attorneys of record, JASON PEAK, ESQ., of LAXALT LAW GROUP, hereby

SBW Law Group
3600 Mayberry Dr.
Reno, NV 89509
775.299.4051

stipulate and respectfully request that the Court **vacate** the settlement conference currently scheduled for **October 8, 2026, at 9:00 a.m.**, before Judge Baldwin, from the Court's calendar.

The parties make this request as the recently joined Third-Party Defendant, ROSE PAVING, has just retained counsel and additional time is needed to participate in discovery and settlement discussions, thus making the currently scheduled settlement conference premature at this time.

The parties therefore request the scheduled settlement conference be vacated and rescheduled to a date and time convenient for the Court and all parties and their counsel.

This Stipulation is made in good faith and not for purposes of delay.

Dated this 23rd day of September, 2026

**FRIEDMAN & THROOP, PLLC**

***/s/ John C. Boyden***

______________________________
JULIE McGRATH THROOP, ESQ.
JOHN C. BOYDEN, ESQ.
300 South Arlington Avenue
Reno, NV 89501
john@throopnvlaw.com
*Attorneys for Plaintiff*

Dated this 23rd day of September, 2026

**SBW LAW GROUP**

***/s/ Michael E. Sullivan***

______________________________
MICHAEL E. SULLIVAN, ESQ.
3600 Mayberry Drive
Reno, NV 89509
msullivan@sbwlawgroup.com
*Attorneys for Defendant*
*COSTCO WHOLESALE CORPORATION*

Dated this 23rd day of September, 2026

**LAXALT LAW GROUP**

***/s/ Jason Peak, Esq.***

______________________________
JASON PEAK, ESQ.
9790 Gateway Drive, Suite 200
Reno, NV 89521
jpeak@laxaltlaw.com
*Attorneys for Rose Paving, LLC*

**IT IS SO ORDERED.**

DATED this 23rd day of September, 2026.

______________________________
US MAGISTRATE JUDGE

SBW Law Group
3600 Mayberry Dr.
Reno, NV 89509
775.299.4051